IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GREGORY HILL,

    Plaintiff,

vs.

                                                        Civil Action 2:09-CV-1109
                                                        Judge Sargus
                                                        Magistrate Judge King

JOHN DESMARAIS, M.D., et al.,

    Defendants.

### ORDER

    Plaintiff has filed a motion for default judgment as against defendant Muse. Doc. No. 15. However, the record indicates that the Marshal's attempted service of process on this defendant was returned unserved on February 2, 2010. See Doc. No. 11 ("Summons Returned Unexecuted as to Adam Muse"). Accordingly, plaintiff's motion for default judgment, Doc. No. 15, is **DENIED**.

3-15-2010
Date

                                                        Edmund A. Sargus, Jr.
                                                   United States District Judge