IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GREGORY HILL,**

    **Plaintiff,**

v.

    Case No. 2:09-CV-1109
    JUDGE SARGUS
    MAGISTRATE JUDGE KING

**JOHN DESMARAIS, M.D.,** *et al.,*

    **Defendants.**

### ORDER

On June 28, 2010, the United States Magistrate Judge issued an *Order and Report and Recommendation* recommending that Plaintiff's claims against Defendants DesMarais, Houts, Prall and Ault be dismissed with prejudice and that the claim against Defendant Mues be dismissed without prejudice. *Order and Report and Recommendation*, Doc. No. 66. Although the parties were advised of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, *id.,*. at 13 - 14, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation*, Doc. No. 66, is therefore **ADOPTED AND AFFIRMED**. Plaintiff's motions reflected in Doc. Nos. 12, 18, 19, 20, 32, 33, 45 are **DENIED**; and Defendants' motions reflected in Doc. Nos. 9, 24 are **GRANTED**. Plaintiff's claims against Defendants Dr. DesMarais, Dr. Houts, Dr. Prall and Ms. Ault are **DISMISSED WITH PREJUDICE** and the claim against Defendant Dr. Mues is **DISMISSED WITHOUT PREJUDICE.**

**The Clerk shall enter FINAL JUDGMENT in this case.**

7-20-2010
Date

Edmund A. Sargus, Jr.
United States District Judge