AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**GREGORY HILL,**

       **Plaintiff,**

**vs.**

**JUDGMENT IN A CIVIL CASE**

**JOHN DESMARAIS, M. D., et al.,**

       **Defendants.**

**CASE NO. C2-09-1109**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Order filed July 20, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: July 20, 2010

JAMES BONINI, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk